# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Marvin Randall,
   **Plaintiff(s)/Petitioner(s)**,

vs.

Nelson & Kennard, LVNV Funding, LLC
   **Defendant(s)/Respondent(s)**

CASE NO: 2:09-CV-00387-LOA

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**

## NOTICE: $50.00 APPLICATION FEE REQUIRED!

I, ROBERT SCOTT KENNARD, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on **behalf of** Defendants Nelson & Kennard, LVNV Funding, LLC

**CITY AND STATE OF PRINCIPAL RESIDENCE:** Sacramento, California
**FIRM NAME:** Nelson & Kennard
**ADDRESS:** 2180 Harvard Street, Suite 160                         **SUITE:** 160
**CITY:** Sacramento                **STATE:** CA        **ZIP:** 95815
**FIRM/BUSINESS PHONE:** (916) 920-2295
**FIRM FAX PHONE:** (916) 920-0682        **E-MAIL ADDRESS:** rskennard@nelson-kennard.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| Eastern District, California | December 3, 1984 | (Yes) / No* |
| Central District, California | June 3, 1989 | (Yes) / No* |
| Northern District, California | August 1, 1935 | (Yes) / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
| *** none *** | *** none *** | *** none *** |

*EXPLAIN: _____

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
If you answer YES to either of the following questions, please explain all circumstances on a separate page.
   Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   Y/(N)
   Have you ever been disbarred from practice in any Court?   Y/(N)

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).

6/3/09                                 *Robert Scott Kennard*
**Date**                               **Signature of Applicant**

**Fee Receipt #** phx85657                                      (Rev. 01/09)

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF GOOD STANDING**

I, Victoria C. Minor, Clerk of this Court,

certify that **Robert Scott Kennard**, Bar # **117017**,

was duly admitted to practice in this Court on

**12/03/1984**, and is in good standing

as a member of the Bar of this Court.

Dated at **6/4/2009**.

_____
Victoria C. Minor, Clerk of Court