File No. 1081.0003
Robert Scott Kennard
California State Bar No. 117017
NELSON & KENNARD
2180 Harvard Street, Ste. 160   (95815)
P.O. Box 13807
Sacramento, CA  95853
Telephone:  (916) 920-2295
Facsimile:  (916) 920-0682

Attorneys for Defendant
NELSON & KENNARD

___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

JUN 0 8 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ _/ DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARVIN RANDALL, | ) **CASE NO.   09-CV-00387-LOA** |
| Plaintiff, | ) **SEPARATE ANSWER OF DEFENDANT** |
| | ) **NELSON & KENNARD TO COMPLAINT FOR** |
| vs. | ) **DAMAGES** |
| | ) |
| NELSON & KENNARD, | ) |
| | ) |
| Defendants. | ) |

Defendant NELSON & KENNARD (hereinafter "answering Defendant")

hereby responds to the Complaint of Plaintiff MARVIN RANDALL

(hereinafter "Plaintiff") as follows:

### INTRODUCTION

1.    In response to paragraph 1 of Plaintiff's Complaint, this

answering Defendant lacks sufficient information or belief to enable

it to either admit or deny the allegations contained therein and,

based thereon, denies each and every allegation contained therein.

2.   In response to paragraph 2 of Plaintiff's Complaint, this answering Defendant lacks sufficient information or belief to enable it to either admit or deny the allegations contained therein and, based thereon, denies each and every allegation contained therein.

3.   In response to paragraph 3 of Plaintiff's Complaint, this answering Defendant lacks sufficient information or belief to enable it to either admit or deny the allegations contained therein and, based thereon, denies each and every allegation contained therein.

4.   In response to paragraph 4 of Plaintiff's Complaint, this answering Defendant denies each and every allegation contained therein and further denies that it has committed and breach or violation of the Fair Debt Collection Practices Act or is indebted or obligated to Plaintiff in any sum or respect whatsoever.

**JURISDICTION AND VENUE**

5.   In response to paragraph 5 of Plaintiff's Complaint, this answering Defendant denies each and every allegation contained therein and further denies that it has committed any breach or violation of the Fair Debt Collection Practices Act or is indebted or obligated to Plaintiff in any sum or respect whatsoever.

6.   In response to paragraph 6 of Plaintiff's Complaint, this answering Defendant denies each and every allegation contained therein and further denies that it has committed any breach or violation of the Fair Debt Collection Practices Act or is indebted or obligated to Plaintiff in any sum or respect whatsoever.

7.    In response to paragraph 7 of Plaintiff's Complaint, this answering Defendant denies each and every allegation contained therein and further denies that it has committed any breach or violation of the Fair Debt Collection Practices Act or is indebted or obligated to Plaintiff in any sum or respect whatsoever.

8.    In response to paragraph 8 of Plaintiff's Complaint, this answering Defendant denies each and every allegation contained therein and further denies that it has committed any breach or violation of the Fair Debt Collection Practices Act or is indebted or obligated to Plaintiff in any sum or respect whatsoever.

### PARTIES

9.    In response to paragraph 9 of Plaintiff's Complaint, this answering Defendant lacks sufficient information or belief to enable it to either admit or deny the allegations contained therein and, based thereon, denies each and every allegation contained therein.

10.    In response to paragraph 10 of Plaintiff's Complaint, this answering Defendant admits that it is located in the City of Sacramento, County of Sacramento, California.  Answering Defendant denies each and every other allegation contained therein.

11.    In response to paragraph 11 of Plaintiff's Complaint, this answering Defendant admits the allegations contained therein.

12.    In response to paragraph 12 of Plaintiff's Complaint, this answering Defendant admits that it is an entity which uses the instrumentality of interstate commerce or the mails in a business

whose principal business is the collection of debts.   However, this
answering Defendant expressly denies that it uses or used those
instrumentalities of interstate commerce to collect any debt owed by
a resident of Arizona.

### FACTUAL ALLEGATIONS

13.   In response to paragraph 13 of Plaintiff's Complaint, this
answering Defendant lacks sufficient information or belief to enable
it to either admit or deny the allegations contained therein and,
based thereon, denies each and every allegation contained therein.

14.   In response to paragraph 14 of Plaintiff's Complaint, this
answering Defendant denies each and every allegation contained
therein and further denies that it has committed any breach or
violation of the Fair Debt Collection Practices Act or is indebted
or obligated to Plaintiff in any sum or respect whatsoever.

15.   In response to paragraph 15 of Plaintiff's Complaint, this
answering Defendant admits the allegations contained therein.

16.   In response to paragraph 16 of Plaintiff's Complaint, this
answering Defendant lack sufficient information or believe to enable
it to either admit or deny the allegations contained therein and,
based thereon, denies each and every allegation contained therein.

17.   In response to paragraph 17 of Plaintiff's Complaint, this
answering Defendant admits the allegations contained therein.

18.   In response to paragraph 18 of Plaintiff's Complaint, this
answering Defendant admits the allegations contained therein.

19.   In response to paragraph 19 of Plaintiff's Complaint, this answering Defendant denies each and every allegation contained therein and further denies that it has committed any breach or violation of the Fair Debt Collection Practices Act or is indebted or obligated to Plaintiff in any sum or respect whatsoever.

20.   In response to paragraph 20 of Plaintiff's Complaint, this answering Defendant admits the allegations contained therein.

21.   In response to paragraph 21 of Plaintiff's Complaint, this answering Defendant denies each and every allegation contained therein and further denies that it has committed any breach or violation of the Fair Debt Collection Practices Act or is indebted or obligated to Plaintiff in any sum or respect whatsoever.

22.   In response to paragraph 22 of Plaintiff's Complaint, this answering Defendant denies each and every allegation contained therein and further denies that it has committed any breach or violation of the Fair Debt Collection Practices Act or is indebted or obligated to Plaintiff in any sum or respect whatsoever.

23.   In response to paragraph 23 of Plaintiff's Complaint, this answering Defendant denies each and every allegation contained therein and further denies that it has committed any breach or violation of the Fair Debt Collection Practices Act or is indebted or obligated to Plaintiff in any sum or respect whatsoever.

24.   In response to paragraph 24 of Plaintiff's Complaint, this answering Defendant denies each and every allegation contained

therein and further denies that it has committed any breach or

violation of the Fair Debt Collection Practices Act or is indebted

or obligated to Plaintiff in any sum or respect whatsoever.

    25.  In response to paragraph 25 of Plaintiff's Complaint, this

answering Defendant denies each and every allegation contained

therein and further denies that it has committed any breach or

violation of the Fair Debt Collection Practices Act or is indebted

or obligated to Plaintiff in any sum or respect whatsoever.

**CAUSES OF ACTION (SIC)**

**COUNT I**

**VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
15 U.S.C. §§ 1692 ET SEQ.**

    26.  In response to paragraph 26 of Plaintiff's Complaint, this

answering Defendant incorporates by reference its responses to

paragraphs 1 through 25 hereinabove as though fully set forth

herein.

    27.  In response to paragraph 27 of Plaintiff's Complaint, this

answering Defendant denies each and every allegation contained

therein and further denies that it has committed and breach or

violation of the Fair Debt Collection Practices Act or is indebted

or obligated to Plaintiff in any sum or respect whatsoever.

    28.  In response to paragraph 28 of Plaintiff's Complaint, this

answering Defendant denies each and every allegation contained

therein and further denies that it has committed and breach or

violation of the Fair Debt Collection Practices Act or is indebted or obligated to Plaintiff in any sum or respect whatsoever.

## AFFIRMATIVE DEFENSES

29.   The Cross-Complaint fails to state facts sufficient to constitute a claim as to this answering Defendant for which relief may be granted.

30.   This answering Defendant incorporates by reference the allegations of its Cross-Complaint filed currently herewith by it and claims the right to set off the reasonable value of the services and/or extension of credit provided to Plaintiff and for which answering Defendant alleges it is entitled to set off.

31.   To the extent Plaintiff establishes that a violation of the FDCPA may have occurred, this answering Defendant submits that such error occurred notwithstanding procedures maintained by answering Defendant designed and calculated to preclude such a bona fide error.

///

///

///

**PRAYER FOR RELIEF**

WHEREFORE, answering Defendant LVNV FUNDING LLC prays that

Plaintiff MARVIN RANDALL take nothing by way of his Complaint; for

costs of suit incurred; for an award of its reasonable attorney's

fees pursuant to 15 U.S.C. §1692k(a)(3) and for such other and

further relief as the court may deem just and proper.

NELSON & KENNARD

Dated:  6/3/09

By: _____
ROBERT SCOTT KENNARD
Attorney for Plaintiff
LVNV FUNDING LLC