David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
One East Camelback Road, Suite 300
Phoenix, AZ 85012-1677
Telephone:   (602) 265-3332
Facsimile:    (602) 230-4482

Attorneys for the Plaintiff
Marvin Randall

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Marvin Randall | Case Number: 09-CV-00387-PHX-LOA |
|---|---|
| Plaintiff, | **NOTICE OF SERVICE PLAINTIFF'S DEPOSITION NOTICES TO DEFENDANT, LVNV FUNDING LLC AND DEFENDANT NELSON & KENNARD** |
| v. | |
| Nelson & Kennard and LVNV Funding LLC | |
| Defendants. | |

Plaintiff, Marvin Randall, provides Notice of Service of Plaintiff's Deposition Notices of Defendants upon Defendants' counsel, mailed on April 6th, 2010.

Date: April 6, 2010         Hyde & Swigart

                           By:   /s/ David J. McGlothlin
                           David J. McGlothlin
                           Attorneys for the Plaintiff