1  File No. 1081.0003
   Robert Scott Kennard
2  State Bar No. 117017
   NELSON & KENNARD
3  2180 Harvard Street, Ste. 160   (95815)
   P.O. Box 13807
4  Sacramento, CA   95853
   Telephone:   (916) 920-2295
5  Facsimile:   (916) 920-0682

6  Attorneys for Defendants
   NELSON & KENNARD; LVNV FUNDING LLC
7

8

9
                    **UNITED STATES DISTRICT COURT**
10                    **FOR THE DISTRICT OF ARIZONA**

11

12
   MARVIN RANDALL,                    )  **CASE NO. 09-CV-00387-LOA**
13                                     )
                                       )  **PROOF OF SERVICE**
14          Plaintiff,                 )
                                       )
15      vs.                            )
                                       )
16                                     )
   Nelson & Kennard and LVNV Funding  )
17 LLC,                                )
                                       )
18          Defendant.                 )
   _____)
19

20 ///

21 ///

22 ///

23

24

25

26

27

28

1

**PROOF OF SERVICE**

2 | **State of California          )**

3 | **County of Sacramento        )**

4 | I am an employee in the County aforesaid; I am over the age of 18 years and nota party to the within entitled action; my business

5 | address is 2180 Harvard Street, Ste. 160, Sacramento, California 95815.

6 | On _____4·14·10_____, I served the below-described

7 | documents:

8 | **OBJECTION TO PLAINTIFF'S NOTICE OF TAKING DEPOSITION OF S. DAVID FOSTER**

9 | on the parties listed below in said action via electronic mail and

10 | by placing a true copy thereof enclosed in a sealed envelope with

11 | postage thereon fully prepaid and placing the envelope for

12 |

13 | collection and processing for mailing following this business's

14 | ordinary practice with which I am readily familiar.  On the same day

15 | correspondence is placed for collection and mailing, it is deposited

16 | in the ordinary course of business with the United States Postal

17 | Service.  The envelope(s) was/were addressed as follows:

18 | **David James McGlothlin, Esq.**

19 | **Hyde & Swigart**

**1 E Camelback Road, Ste. 300**

20 | **Phoenix, AZ  85012**

21 | **Email address:  david@southwestlitigation.com**

I declare under penalty of perjury under the laws of the State

22 | of California that the foregoing is true and correct and that this

23 | declaration was executed on ___4·14·10___ at Sacramento, County

24 |

25 | of Sacramento, California.

26 |

27 | Kimberley J. Tanaka

28 |