```
 1  File No. 1081.0003
    Robert Scott Kennard
 2  California State Bar No. 117017
    NELSON & KENNARD
 3  2180 Harvard Street, Ste. 160  (95815)
    P.O. Box 13807
 4  Sacramento, CA  95853
    Telephone:  (916) 920-2295
 5  Facsimile:  (916) 920-0682
 6
    Attorneys for Defendants
 7  LVNV FUNDING LLC; NELSON & KENNARD
 8
 9
10              UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF ARIZONA
11
12
13  Marvin Randall,               ) CASE NO.  CV-09-387-PHX-LOA
                                  )
14        Plaintiff,              ) RELEVANT EXCERPTS OF DEPOSITION
                                  ) OF SAMUEL DAVID FOSTER, III TAKEN
15     vs.                        ) MAY 11, 2010; DECLARATION OF
                                  ) ROBERT SCOTT KENNARD IN SUPPORT
16  Nelson & Kennard; LVNV Funding) OF DEFENDANTS LVNV FUNDING LLC
    LLC;                          ) AND NELSON & KENNARD'S OPPOSITION
17                                ) TO PLAINTIFF'S MOTION FOR SUMMARY
18        Defendants.             ) JUDGMENT AND THEIR CROSS-MOTION
                                  ) FOR SUMMARY JUDGMENT
19  _____)
20
21      I,   ROBERT SCOTT KENNARD, hereby declare:
22      1.   I am an attorney at law licensed to practice before all
23  courts of the State of California including each of the Federal
24  District Courts therein.  As to each of the matters set forth
25  herein, I testify of my own personal knowledge.
26      2.   The deposition of Samuel David Foster, III was conducted
27  by counsel for Marvin Joe Randall Jr., Mr. David J. McGlothlin on
28  May 11, 2010.  I appeared at the deposition telephonically.
```

DECLARATION IN LIEU OF TESTIMONY - 1

1  Attached hereto are the relevant excerpts of that deposition
2  referenced in Defendants' Separate Statement of Undisputed Facts in
3  opposition to Plaintiff's Motion for Summary Judgment and in
4  support of Defendants' Counter-Motion for Summary Judgment.
5       I declare under penalty of perjury that the foregoing is true
6  and correct dated ___8/2/2010___, at Sacramento, County of
7  Sacramento, California.
8
9
10                                        _____
11                                        ROBERT SCOTT KENNARD

DECLARATION IN LIEU OF TESTIMONY - 2

**Certified Copy**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

MARVIN RANDALL,

        Plaintiff,

v.

NELSON & KENNARD AND
LVNV FUNDING, LLC,

        Defendants.

CIVIL ACTION
FILE
#09-CV-00387-PHX-LOA

~~~~~~~~~~~~~~~~~~~~~~~~~~~

## TELEPHONE DEPOSITION OF

## SAMUEL DAVID FOSTER, III

May 25, 2010
11:57 a.m.

15 South Main Street, Suite 700
Greenville, South Carolina

Donna B. Friddle



Toll Free: 800.300.1214
Facsimile: 602.266.2201

Suite 1700
3800 N. Central Avenue
Phoenix AZ 85012
www.esquiresolutions.com

1

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

MARVIN RANDALL,                )
     Plaintiff,                ) CIVIL ACTION
v.                             ) FILE
                               )#09-CV-00387-PHX-LOA
NELSON & KENNARD AND           )
LVNV FUNDING, LLC,             )
     Defendants.               )

- - - - -

Telephone deposition of SAMUEL DAVID FOSTER, III, taken by the Plaintiff, pursuant to notice and/or agreement, before Donna B. Friddle, Court Reporter and Notary Public, at Resurgent Capital Services, 15 South Main Street, Suite 700, Greenville, South Carolina, on the 25th day of May, 2010, commencing at the hour of 11:57 o'clock, a.m.

- - - - -



Toll Free: 800.300.1214
Facsimile: 602.266.2201

Suite 1700
3800 N. Central Avenue
Phoenix, AZ 85012
www.esquiresolutions.com

Samuel David Foster, III.                                    May 25, 2010

8

1   A.   2005.
2   Q.   Okay.  And when did you get your MBA?
3   A.   March of this year.
4   Q.   Okay.  And did you review any documents
5   in preparation for this deposition?
6   A.   Yes, sir.
7   Q.   What documents did you have a chance to
8   review?
9   A.   I was able to review the --- the Notice
10  of Deposition for --- for the
11  defendant, LVNV, as well as the credit
12  report that was provided.
13  Q.   Okay.  Are there any other documents
14  that you had a chance to review?
15  A.   No.  No other attachments were provided
16  prior to the --- the deposition.
17  Q.   Okay.  Who are you currently employed
18  by?
19  A.   Resurgent Capital Services.
20  Q.   Okay.  And how long have you worked
21  there?
22  A.   Almost three years.
23  Q.   And what's your current title?
24  A.   Paralegal.
25  Q.   Okay.  And how long have you had that



Toll Free: 800.300.1214
Facsimile: 602.266.2201

Suite 1700
3800 N. Central Avenue
Phoenix, AZ 85012
www.esquiresolutions.com

Samuel David Foster, III.                              May 25, 2010

9

1   current position?
2   A.   For almost two years.
3   Q.   What was your position before
4   paralegal?
5   A.   Legal Services Coordinator.
6   Q.   Okay.  Can you give me a description of
7   your duties as a paralegal?
8   A.   I receive and review Complaints and
9   Counterclaims under the guidance of
10  corporate counsel.  And I monitor these
11  until resolution.
12  Q.   Okay.  Are you currently employed by
13  Citibank at all?
14  A.   No, sir.
15  Q.   And are you currently employed by Sears
16  at all?
17  A.   No, sir.
18  Q.   Okay.  Have you ever been employed by
19  Citibank or Sears?
20  A.   No, sir.
21  Q.   Okay.  And are you aware that today you
22  are appearing as a representative of
23  LVNV Funding, LLC?
24  A.   Yes, sir.
25  Q.   Okay.  And can you tell me the



Toll Free: 800.300.1214
Facsimile: 602.266.2201

Suite 1700
3800 N. Central Avenue
Phoenix, AZ 85012
www.esquiresolutions.com

                                                                    10

1    relationship between Resurgent and
2    LVNV?
3    A.   Resurgent is the attorney in fact, and
4    master servicer for LVNV Funding.
5    Q.   Okay.  Does LVNV have a separate staff
6    employed separate from Resurgent?
7    A.   LVNV has no employees.
8    Q.   Okay.  I'm going to go right into
9    plaintiff's account.  Does LVNV
10   currently own a debt that plaintiff is
11   alleged to owe?
12   A.   Yes, sir.
13   Q.   Do you know when  did you acquire this
14   debt?
15   A.   This debt was acquired LVNV on October
16   the 20th, 2006.
17   Q.   Okay.  Do you maintain collection notes
18   or accounts notes for this debt?
19   A.   Any account notes would be kept by
20   Resurgent Capital Services or their
21   party collectives.
22   Q.   Okay.  Do you know if Resurgent
23   maintains account notes or collections
24   notes for this account?
25   A.   The only account notes are in reference



Toll Free: 800.300.1214
Facsimile: 602.266.2201

Suite 1700
3800 N. Central Avenue
Phoenix, AZ 85012
www.esquiresolutions.com

14

1   it will probably be the first 15, 20
2   pages or so, identifying each page.
3   I'll have a couple of questions on
4   them, and then we'll probably jump to
5   the end and identify a couple of pages
6   at the end, but, yeah, I'm basically
7   going to be start referring to the
8   documents in Exhibit-Two, and then I'll
9   refer to the page number at the bottom
10  as well so that we can all make sure
11  we're on the same page.  Is that all
12  right?
13  A.   That's fine.
14  Q.   Okay.  Okay.  So right now I'm looking
15  at Exhibit-Two, page one, and do you
16  recognize this document?
17  A.   Yes, sir, I do.
18  Q.   Would you please go ahead and describe
19  what this document is?
20  A.   This is a Bill of Sale and assignment
21  of accounts between --- well, showing
22  the transfer accounts from Citibank to
23  Sherman Originator to LVNV Funding.
24  Q.   Okay.  Do you know who Sherman
25  Originator is?


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 602.266.2201

Suite 1700
3800 N. Central Avenue
Phoenix, AZ 85012
www.esquiresolutions.com


15

1  A.  Yes, sir.
2  Q.  Could you please inform me who they
3  are?
4  A.  They are the purchasing arm of Sherman
5  Financial.
6  Q.  Okay. And is there some sort of
7  relationship between Sherman
8  Originator, Sherman Financial,
9  Resurgent, and LVNV?
10 A.  Could you clarify your question?
11 Q.  Okay. Yes, that had a lot of parts.
12 Is Sherman Originator in any way
13 related to LVNV Funding?
14 A.  Can you clarify your term "related"?
15 Q.  Okay. Are they owned by the same
16 people?
17 A.  Not to my knowledge.
18 Q.  Okay. The second paragraph of this
19 document says, "The accounts include
20 accounts which were previously owned by
21 Sears," and made a list of a few other
22 organizations. Do you know if you have
23 a copy of any documentation regarding
24 the transfer of any accounts from Sears
25 to Citibank?


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 602.266.2201

Suite 1700
3800 N. Central Avenue
Phoenix, AZ 85012
www.esquiresolutions.com

```
 1   A.   Yes, sir.
 2   Q.   Could you please inform me who they
 3   are?
 4   A.   They are the purchasing arm of Sherman
 5   Financial.
 6   Q.   Okay.  And is there some sort of
 7   relationship between Sherman
 8   Originator, Sherman Financial,
 9   Resurgent, and LVNV?
10   A.   Could you clarify your question?
11   Q.   Okay.  Yes, that had a lot of parts.
12   Is Sherman Originator in any way
13   related to LVNV Funding?
14   A.   Can you clarify your term "related"?
15   Q.   Okay.  Are they owned by the same
16   people?
17   A.   Not to my knowledge.
18   Q.   Okay.  The second paragraph of this
19   document says, "The accounts include
20   accounts which were previously owned by
21   Sears," and made a list of a few other
22   organizations.  Do you know if you have
23   a copy of any documentation regarding
24   the transfer of any accounts from Sears
25   to Citibank?
```



Toll Free: 800.300.1214
Facsimile: 602.266.2201

Suite 1700
3800 N. Central Avenue
Phoenix, AZ 85012
www.esquiresolutions.com

```
 1    A.   We currently have a letter from the
 2    office of --- I want to say the Office
 3    Of The Comptroller Of Currency that
 4    shows the application from --- the
 5    application to acquire assets from
 6    Sears were approved --- well, I'm
 7    sorry.  The --- the application for
 8    Citibank to acquire assets from Sears
 9    were approved by the office of the
10    comptroller of currency.
11    Q.   Okay.  And you have that document
12    available to you?
13    A.   Yes, sir.  I do.
14    Q.   Okay.  Is it easy to access that
15    document and print it up?
16    A.   I --- I currently do not --- do not
17    have it in front of me, but I --- I do
18    have access to it.
19    Q.   Okay.  Okay.  And could you tell me the
20    date on this document?
21    A.   I'm sorry.  Which document are you
22    referring to?
23    Q.   I'm sorry.  I'm looking at Exhibit-Two,
24    page one, and I believe it's dated.
25    Could you tell me what date the date
```


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 602.266.2201

Suite 1700
3800 N. Central Avenue
Phoenix, AZ 85012
www.esquiresolutions.com

1   is?
2   A.   It's dated October 13th, 2006.
3   Q.   Okay.  Why don't we go ahead and look
4   at the next page?  So Exhibit-Two, page
5   two.  And do you recognize this
6   document?
7   A.   Yes, sir.
8   Q.   Would you please go ahead and describe
9   what this document is?
10  A.   This is a Sale and Assignment Agreement
11  between Sherman Originator and LVNV
12  Funding.
13  Q.   Okay.  And does this document --- okay.
14  Well, first of all does your copy show
15  a redaction in the document?
16  A.   Yes, sir, it does.
17  Q.   And do you know what that redaction is?
18  A.   Based on the document it states that
19  it's the purchase price.
20  Q.   Okay.  Do you know the basis for that
21  redaction?
22  A.   Proprietary information.
23  Q.   Okay.  In looking the end of the third
24  line it says, "In accordance with the
25  provisions of the" --- and then I go



Toll Free: 800.300.1214
Facsimile: 602.266.2201

Suite 1700
3800 N. Central Avenue
Phoenix, AZ 85012
www.esquiresolutions.com

                                                                    18

1    down to the fourth line --- "provision
2    of the Sale Agreement dated as of April
3    29, 2005," does that seem to indicate
4    that they're referring to another
5    document here?
6    A.   Yes, sir.
7    Q.   Okay.  Do you know where that document
8    is?
9    A.   No, sir, I do not.
10   Q.   Okay.  And I'm looking at the second to
11   last line of that paragraph, and it
12   starts out as "Identified on the
13   receivable file dated 10/31/06 that
14   it's hereby delivered to Company."
15   Does that seem to be referring to a
16   document?  The receivable file dated
17   10/31/06?  Is that a document?
18   A.   To my knowledge I think that referring
19   to a list of accounts that were
20   provided within the transfer.
21   Q.   Okay.  And is that referring to --- if
22   you go ahead and turn the page,
23   Exhibit-Two, page three, do you believe
24   that it's referring to that document?
25   A.   Yes, sir.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 602.266.2201

Suite 1700
3800 N. Central Avenue
Phoenix, AZ 85012
www.esquiresolutions.com

```
 1   Q.   Okay.  I believe these documents were
 2   produced because we had asked for the
 3   chain of title to plaintiff debt with
 4   Sears, and --- and I --- and I'm
 5   thinking that these --- these three
 6   documents were produced --- or is it
 7   your understanding that these three
 8   documents were produced to establish a
 9   chain of title for plaintiff's debt?
10   A.   I'm sorry.  Could you repeat the
11   question?
12   Q.   Yes.  Is it your understanding that
13   these three documents were produced to
14   establish the chain of title to
15   plaintiff's debt?
16   A.   These documents are produced in the
17   regular course of business to show the
18   transfer of bulk asset from Sherman
19   Originator --- well, from the seller,
20   to Sherman Originator, to LVNV.
21   Q.   Okay.  But in these documents there
22   appears to be a document missing; is
23   that correct?  Of the Sale Agreement
24   dated April 29th, 2005; correct?
25   A.   I'm sorry.  Repeat that.  Could you
```



Toll Free: 800.300.1214
Facsimile: 602.266.2201

Suite 1700
3800 N. Central Avenue
Phoenix, AZ 85012
www.esquiresolutions.com

20

1  repeat that?
2     MR. MCGLOTHLIN:  Court Reporter,
3  could you please go ahead and
4  repeat what I said?  I don't know
5  exactly how I worded it.
6     (Thereupon the court reporter
7  read back the requested question.)
8  Q.   So basically what we had requested was
9  documents establishing a chain of title
10 that LVNV owned plaintiff's debt, and
11 had a right to collect on it.  And it
12 appears by looking at these documents,
13 Exhibit-Two, page two, that there's a
14 document missing to establish that.
15 Would you agree with that statement?
16    MR. KENNARD:  David, before he
17 responds, I'm looking at Request
18 for Production of Documents.  Could
19 you direct me to the request that
20 request the chain of title, because
21 I'm not seeing it.  And I'm sorry.
22 I should have said Mr. McGlothlin.
23 I've got two Davids here working,
24 but I was referring to Mr.
25 McGlothlin.



Toll Free: 800.300.1214
Facsimile: 602.266.2201

Suite 1700
3800 N. Central Avenue
Phoenix, AZ 85012
www.esquiresolutions.com

```
 1      MR. MCGLOTHLIN:  All right.  I
 2   don't see it either.  So that's
 3   fine.  So I'll go ahead and restate
 4   the question here.
 5   Q.   If you would establish a chain of title
 6   to prove that LVNV had a right to
 7   collect plaintiff's debts, wouldn't you
 8   agree that an additional document is
 9   required, and that document being the
10   Sale Agreement dated April 29th, 2005?
11      MR. KENNARD:  I'm going to object
12   to that as argumentative.  Mr.
13   Foster, you can answer, if you want
14   to, but --- if you can.
15   A.   In my opinion the sale of assignment
16   --- the Sale and Assignment Agreement
17   shows the transfer of assets from
18   Sherman Originator to LVNV, but I, in
19   my opinion, I don't feel that an
20   additional document is needed.
21   Q.   Okay.  Let's just go ahead and move on.
22   Exhibit-Two, page four, is what I'm
23   looking at right now.  Do you recognize
24   this document?
25   A.   Yes, sir, I do.
```


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 602.266.2201

Suite 1700
3800 N. Central Avenue
Phoenix, AZ 85012
www.esquiresolutions.com

1    state, you wouldn't know the county; is
2    that correct?
3    A.   No, sir.
4    Q.   Okay.  Prior to filing the lawsuit
5    against plaintiff, prior to that
6    lawsuit being filed, do you know of any
7    actions taken by LVNV or Resurgent to
8    determine where plaintiff entered into
9    that contract with Sears?
10   A.   No, sir.
11   Q.   Okay.  When you provided plaintiff's
12   account to Nelson & Kennard, do you
13   know was there an address associated
14   with plaintiff's account for the
15   plaintiff?
16   A.   Yes, sir.
17   Q.   I'm sorry.  Could you repeat your
18   answer?
19   A.   Yes, sir.
20   Q.   Okay.  And do you know what address was
21   provided to Nelson & Kennard?
22   A.   Yes, sir, I do.
23   Q.   Okay.  And what was that address?
24   A.   2407 I think it's pronounced Galisteo
25   (pronounced gal list oh) Street in


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 602.266.2201

Suite 1700
3800 N. Central Avenue
Phoenix, AZ 85012
www.esquiresolutions.com

                                                              39

1  Corona, California  91720.
2    MR. KENNARD:  Can you spell
3  Galisteo for the record, please,
4  David?
5    THE WITNESS:  That's spelled
6  G-a-l-i-s-t-e-o.
7    MR. KENNARD:  Thank you.
8  Q.   Okay.  And do you know how LVNV, or
9  Resurgent, acquired that address?
10 A.   Yes, sir.
11 Q.   Okay.  And can you tell me how?
12 A.   This information was provided by the
13 seller of the account.
14 Q.   And so in this case that would be
15 Citibank?
16 A.   Yes, sir.
17 Q.   And that information was provided in
18 2006, it appears, and I'm getting that
19 date from Exhibit-Two, page one.
20 A.   Yes, sir.  This was provided in 2006.
21 Q.   Okay.  And would that be October of
22 2006?
23 A.   Yes, sir.
24 Q.   Okay.  When the account was placed with
25 Capital Management Services, do you


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 602.266.2201

Suite 1700
3800 N. Central Avenue
Phoenix, AZ 85012
www.esquiresolutions.com